**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FARMERS INSURANCE
COMPANY OF ARIZONA, et al.,

       Plaintiffs,

v.                                                     CV No. 19-738 SCY/CG

RACHEL E. HIGGINS, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the November 5, 2019, Rule 16 Initial Scheduling Conference. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **January 14, 2020, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE